UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN MERA ANDRADE,

              Petitioner,

v.

WARDEN OF THE CALIFORNIA
DETENTION CENTER,

              Respondent.

No. 1:26-cv-03317-DJC-SCR

ORDER

Petitioner filed a Petition for Writ of Habeas Corpus and Motion for Temporary Restraining Order.  (ECF Nos. 1, 2.)  Petitioner sought release from detention by ICE on the basis that the Government improperly imposed mandatory detention provisions on him.  Based on the information therein the Court ordered a response from Respondent.

Respondent has now informed the Court that Petitioner has since been ordered removed by an Immigration Judge and that appeal of that order has been waived. (*See* ECF No. 7-1.)  As such, Petitioner's removal order is final, and Petitioner is presently subject to mandatory detention under 8 U.S.C. § 1231.  The arguments in the Petition are thus moot.

Accordingly, Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED.[1]  The Clerk of Court is directed to close this action.  This Order resolves all pending Motions.

IT IS SO ORDERED.

Dated:   **May 11, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

---

[1] This Order does not preclude Petitioner from seeking relief on different grounds in a separate petition.

2